THIRD DISTRICT—JULY, 1917.        601

City of Springfield v. Interstate Ind. T. & T. Co., 206 Ill. App. 601.

## City of Springfield, Appellee, v. Interstate Independent Telephone & Telegraph Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Sangamon county; the Hon. FRANK W. BURTON, Judge, presiding. Heard in this court at the April term, 1916. Reversed. Opinion filed July 14, 1917.

### Statement of the Case.

Action in debt by the City of Springfield, plaintiff, against the Interstate Independent Telephone & Telegraph Company, defendant, to recover compensation for rentals alleged to be due for the occupation of portions of the streets and alleys of the City of Springfield, during the years 1909 to 1913 inclusive, by poles owned by defendant. From a judgment for plaintiff for $13,000, defendant appeals.

The fundamental issues in this case are nearly identical with those in the case of *City of Springfield v. Interstate Independent Telephone & Telegraph Co.,* 201 Ill. App. 227, and the decision in such case is controlling.

FRED A. DOLPH and BEN B. BOYNTON, for appellant; E. J. MARSHALL, of counsel.

FRANK L. HATCH and ALBERT STEVENS, for appellee; TIMOTHY McGRATH, of counsel.

MR. JUSTICE ELDREDGE delivered the opinion of the court.